**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LORENA DEL CARMEN IRADYS PEREZ,** | § | |
| ***Petitioner*****,** | § | |
| **v.** | § | **EP-26-CV-01192-DCG** |
| **DEPARTMENT OF HOMELAND SECURITY,** | § | |
| ***Respondent.*** | § | |

**ORDER FOR STATUS UPDATE**

On October 19, 2026, the Court inputted *pro se* Petitioner Lorena del Carmen Iradys Perez's A-number and birth country into ICE's Online Detainee Locator System to determine whether she is still in ICE custody. The search returned no results. EOIR's Automated Case Information page further indicates that an Immigration Judge entered a removal order against Petitioner on June 5, 2026, and that Petitioner didn't appeal that order.

The Court therefore suspects that the Government may have removed Petitioner from the United States. If that's correct—or if Petitioner is no longer in ICE custody for some other reason—then the Court may need to dismiss this case as moot.[1]

[1] *See, e.g.*, *Maci v. Hable*, No. 1:19-cv-201, 2020 WL 4480869, at *3 (S.D. Tex. July 9, 2020) ("[The petitioner] filed a claim for habeas corpus, seeking immediate release from custody. [The petitioner] has since been removed from the United States. [The petitioner]'s removal from the United States mooted any habeas claim to relief." (citations omitted)), *report and recommendation accepted by* 2020 WL 4464712 (S.D. Tex. Aug. 4, 2020).

Thus, by **November 3, 2026**, Respondent **SHALL FILE** a Status Update informing the Court whether Petitioner remains in its custody.

If the answer to that question is "no," Respondent **SHALL ATTACH** to its Status Update documentation substantiating that it removed Petitioner from the United States (or otherwise no longer has Petitioner in its custody).

Although the Court doesn't anticipate that this Order will reach Petitioner, the Clerk of Court shall nonetheless **MAIL** this Order to Petitioner's last known address out of an abundance of caution:

Lorena del Carmen Iradys Perez
El Paso Service Processing Center
8915 Montana Avenue
El Paso, TX 79925

**So ORDERED and SIGNED this 20th day of October 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**